February 2006                                                                2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re  **John Barris**
       **Grace Mary Barrientos** _____      Case No. _____
                              Debtor(s)                        Chapter    __7_____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, __John Barris__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

[x] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, __Grace Mary Barrientos__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

[x] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date __8/11/11__          Signature ___/s/ John Barris_____
                                    John Barris
                                    Debtor

Date __8/11/11__          Signature ___/s/ Grace Mary Barrientos___
                                    Grace Mary Barrientos
                                    Joint Debtor

01/01/2002   00:44   1661339229                                      REALTOR                        PAGE   01/04

CO.   FILE   DEPT.   CLOCK   NUMBER
FHB   944082  321100 X 50K  00312093 11   1                                                         

**Earnings Statement**

ABC LEGAL SERVICES, INC                085-0001         Period Beginning:   05/29/2011
633 YESLER WAY                                          Period Ending:      06/11/2011
SEATTLE WA 98104                                        Pay Date:           06/16/2011
(206) 623-8771

                                                        JOHN BARRIS
Taxable Marital Status:  Married                        45235 SAIGON AVE
Exemptions/Allowances:                                  LANCASTER CA 93534
   Federal:   1
   CA:        0(Head of Household)

| Earnings       | rate    | hours | this period | year to date |
|---|---|---|---|---|
| Regular        | 12.0000 | 66.95 | 803.40      | 9,878.88 |
| Overtime       | 18.0000 | .20   | 3.60        | 10.26 |
| Bonus          |         |       | 487.00      | 5,412.00 |
| Holiday        | 12.0000 | 8.00  | 96.00       | 384.00 |
| Jurynonexempts |         |       |             | 100.00 |
| Pto            |         |       |             | 288.00 |
| **Gross Pay**  |         |       | **$1,390.00** | 16,073.14 |

| Deductions | Statutory |  |
|---|---|---|
| Federal Income Tax      | -90.22   | 1,047.81 |
| Social Security Tax     | -56.08   | 647.41 |
| Medicare Tax            | -19.36   | 223.51 |
| CA State Income Tax     | -15.61   | 175.30 |
| CA SUI/SDI Tax          | -16.02   | 184.97 |
| **Other** |  |  |
| Dental 125 Ppo          | -4.25*   | 51.00 |
| Medical 125 Ppo         | -47.39*  | 568.68 |
| Vision 125              | -3.25*   | 39.00 |
| 401K Safeharbor         | -69.50*  | 803.65 |
| Garnishment             |          | 1,705.81 |
| Mileage Reimb.          |          | -10,789.20 |
| **Adjustment** |  |  |
| Mileage Reimb.          | +729.99  |  |
| **Net Pay**             | **$1,798.31** |  |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,265.61

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Mileage Reimb |  | 25,998.00 |
| 401(K)        |  | 803.65 |
| P.T.O. Balance |  | 24.04 |

01/01/2002  00:44  1661339229  REALTOR  PAGE 02/04

FHB 944082 321100 X 50K  NUMBER 0031217706 1  089-0001

# Earnings Statement

ABC LEGAL SERVICES, INC
633 YESLER WAY
SEATTLE WA 98104
(206) 623-8771

Period Beginning: 06/26/2011
Period Ending: 07/09/2011
Pay Date: 07/14/2011

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
CA: 0 (Head of Household)

JOHN BARRIS
45235 SAIGON AVE
LANCASTER CA 93534

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 49.90 | 598.80 | 11,348.52 |
| Bonus | | | 413.00 | 6,505.00 |
| Holiday | 12.0000 | 8.00 | 96.00 | 480.00 |
| Pto | 12.0000 | 20.00 | 240.00 | 528.00 |
| Overtime | | | | 10.26 |
| Jurynonexempt | | | | 100.00 |
| **Gross Pay** | | | **$1,347.80** | **18,971.78** |

Your federal taxable wages this period are
$1,225.52

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -84.21 | 1,253.40 |
| Social Security Tax | -54.30 | 766.84 |
| Medicare Tax | -18.74 | 264.74 |
| CA State Income Tax | -14.73 | 210.21 |
| CA SUI/SDI Tax | -15.52 | 219.10 |
| **Other** | | |
| Dental 125 Ppo | -4.25* | 55.25 |
| Medical 125 Ppo | -47.39* | 616.07 |
| Vision 125 | -3.25* | 42.25 |
| 401K Safeharbor | -67.39* | 948.58 |
| Garnishment | | 1,706.81 |
| Mileage Reimb. | | -12,472.86 |
| **Adjustment** | | |
| Mileage Reimb. | +593.87 | |
| **Net Pay** | **$1,031.89** | |

* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Mileage Reimb | | 30,055.00 |
| 401(K) | | 948.58 |
| P.T.O. Balance | | 11.42 |

©1996, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
COPY

PAGE 03/04

01/01/2002  00:44  1661339229  REALTOR

# Earnings Statement

**ABC LEGAL SERVICES, INC**
633 YESLER WAY
SEATTLE WA 98104
(206) 623-8771

079-0001

Period Beginning: 07/10/2011
Period Ending: 07/23/2011
Pay Date: 07/28/2011

JOHN BARRIS
45235 SAIGON AVE
LANCASTER CA 93534

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  CA: 0 (Head of Household)

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 76.93 | 923.16 | 12,271.68 |
| Overtime | 18.0000 | .15 | 2.70 | 12.96 |
| Bonus | | | | 6,505.00 |
| Holiday | | | | 480.00 |
| Jury nonexempt$ | | | | 100.00 |
| Pto | | | | 528.00 |
| **Gross Pay** | | | **$925.86** | 19,897.64 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -37.85 | 1,291.25 |
| | Social Security Tax | -36.59 | 803.43 |
| | Medicare Tax | -12.63 | 277.37 |
| | CA State Income Tax | -5.97 | 216.18 |
| | CA SUI/SDI Tax | -10.45 | 229.55 |
| Other | | | |
| | Dental 125 Ppo | -4.25* | 59.50 |
| | Medical 125 Ppo | -47.39* | 663.46 |
| | Vision 125 | -3.25* | 45.50 |
| | 401K Safeharbor | -46.29* | 994.87 |
| | Garnishment | | 1,706.81 |
| | Mileage Reimb. | | -13,422.80 |
| Adjustment | | | |
| | Mileage Reimb. | +949.94 | |
| **Net Pay** | | **$1,671.13** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $824.68

**Other Benefits and Information** | this period | total to date
Mileage Reimb | | 32,344.00
401(K) | | 994.87
P.T.O. Balance | | 15.11

**Important Notes**
LAST PAPER PAY STATEMENT FOR EMPLOYEES WITH
DIRECT DEPOSIT-ACCESS PAY INFO AT
HTTPS://PORTAL.ADP.COM

©1998, 2006, ADP, Inc. All Rights Reserved.

```
01/01/2002   00:44   1661339229                    REALTOR                                          PAGE   04/04

             CO.   FILE    DEPT.  CLOCK   NUMBER
             FHB   944082  321100 X 50K   0C31226774  1
                                                      084-0001         Earnings Statement                    ADP

             ABC LEGAL SERVICES, INC                                   Period Beginning:    07/24/2011
             633 YESLER WAY                                            Period Ending:       08/05/2011
             SEATTLE WA 98104                                          Pay Date:            08/11/2011
             (206) 623-8771

             Taxable Marital Status:  Married                          JOHN BARRIS
             Exemptions/Allowances:                                    45235 SAIGON AVE
               Federal:   1                                            LANCASTER CA 93534
               CA:        0 (Head of Household)
```

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 69.70 | 836.40 | 13,108.08 |
| Overtime | 18.0000 | .18 | 3.24 | 16.20 |
| Pto | 12.0000 | 8.00 | 96.00 | 624.00 |
| Bonus | | | | 6,505.00 |
| Holiday | | | | 460.00 |
| Jurynonexempt | | | | 100.00 |
| **Gross Pay** | | | **$935.64** | 20,833.28 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -38.78 | 1,330.03 |
| Social Security Tax | | -36.99 | 840.42 |
| Medicare Tax | | -12.77 | 290.14 |
| CA State Income Tax | | -6.11 | 222.29 |
| CA SUI/SDI Tax | | -10.57 | 240.12 |
| Other | | | |
| Dental 125 Ppo | | -4.25* | 63.75 |
| Medical 125 Ppo | | -47.39* | 710.85 |
| Vision 125 | | -3.25* | 48.75 |
| 401K Safeharbor | | -46.78* | 1,041.65 |
| Garnishment | | | 1,706.81 |
| Mileage Reimb. | | | -14,430.42 |
| Adjustment | | | |
| Mileage Reimb. | | +1,007.62 | |
| **Net Pay** | | **$1,736.37** | |

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Mileage Reimb | | 34,772.00 |
| 401(K) | | 1,041.65 |
| P.T.O. Balance | | 10.80 |

Your federal taxable wages this period are $833.97

Handwritten notes:
TD AUG (10th PAY STUB)
Q = 2821.17
T = 395.82
I = 118.93
401K = 141.06
N = 8165.36
MILEAGE REIMB. = 9154.12

**JACKSON C. FU, M.D.**

PERIOD ENDING 05/30/11
EMP. NAME Barrientos G

| | | | |
|---|---|---|---|
| REGULAR HOURS | | 11.5x | 685 |
| OVERTIME HOURS | | 3hr | |

TOTAL EARNINGS · 758 13

| | | |
|---|---|---|
| F.I.C.A. TAX WITHHOLDING | 47 | 23 |
| MEDICARE TAX WITHHOLDING | | |
| FED. WITHHOLDING TAX | 27 | |
| STATE WITHHOLDING TAX | 2 | 06 |
| | 9 | 08 |

TOTAL DEDUCTIONS · 82 87
NET PAY 675 26

---

**JACKSON C. FU, M.D.**

PERIOD ENDING 7/31/11
EMP. NAME Grace Barrientos

| | | | |
|---|---|---|---|
| REGULAR HOURS | | 59X | 11.5 |
| OVERTIME HOURS | | | |

TOTAL EARNINGS · 678 50

| | | |
|---|---|---|
| F.I.C.A. TAX WITHHOLDING | 38 | 34 |
| MEDICARE TAX WITHHOLDING | | |
| FED. WITHHOLDING TAX | 19 | 00 |
| STATE WITHHOLDING TAX | 2 | 50 |
| | 8 | 14 |

TOTAL DEDUCTIONS · 67 98
NET PAY 610 52

---

**JACKSON C. FU, M.D.**

PERIOD ENDING 06/15/11
EMP. NAME Barrientos G

| | | | |
|---|---|---|---|
| REGULAR HOURS | | 05/31-06/14/11 | |
| OVERTIME HOURS | | 11.5x 68.7 | |

TOTAL EARNINGS · 789 71

| | | |
|---|---|---|
| F.I.C.A. TAX WITHHOLDING | 44 | 62 |
| MEDICARE TAX WITHHOLDING | | |
| FED. WITHHOLDING TAX | 31 | |
| STATE WITHHOLDING TAX | 2 | 94 |
| | 9 | 48 |

TOTAL DEDUCTIONS · 88 04
NET PAY 701 67

---

**JACKSON C. FU, M.D.**

PERIOD ENDING 7/15/11
EMP. NAME Grace Barrientos

| | | | |
|---|---|---|---|
| REGULAR HOURS | | 25.25x11.5 | |
| OVERTIME HOURS | Jul | 1/4-8 | 4hr |

TOTAL EARNINGS · 290 38

| | | |
|---|---|---|
| F.I.C.A. TAX WITHHOLDING | 16 | 41 |
| MEDICARE TAX WITHHOLDING | | |
| FED. WITHHOLDING TAX | — | |
| STATE WITHHOLDING TAX | — | |
| SDI | 3 | 48 |

TOTAL DEDUCTIONS · 19 89
NET PAY 270 49

Grace M. Barrientos
Pay stubs